SEAPORT VILLAGE LTD., Plaintiff
Below, Appellant,

v.

TERRAMAR RETAIL CENTERS,
LLC, Defendant Below,
Appellee,

and

Seaport Village Operating,
Co., Nominal Defendant
Below, Appellee.

No. 118, 2016

Supreme Court of Delaware.

Submitted: September 21, 2016
Decided: September 26, 2016

Court Below: Court of Chancery of the
State of Delaware, C.A. No. 8841-VCL

AFFIRMED.

Michael E. DEMBY, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 70, 2016

Supreme Court of Delaware.

Submitted: September 21, 2016
Decided: September 29, 2016

Court Below: Superior Court of the
State of Delaware, Cr. I.D. No. 1206011513

AFFIRMED.

Kenneth FOWLER, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 595, 2015

Supreme Court of Delaware.

Submitted: September 28, 2016
Decided: September 29, 2016

Court Below—Superior Court of the
State of Delaware, Cr. ID No. 1212003101

AFFIRMED.

Eugene MOSS, Defendant-
Below, Appellant,

v.

DEUTSCHE BANK NATIONAL
TRUST COMPANY, Plaintiff-
Below, Appellee.

No. 55, 2016

Supreme Court of Delaware.

Submitted: September 28, 2016
Decided: September 30, 2016

Court Below—Superior Court of the
State of Delaware, C.A. No. N11L-03-097

AFFIRMED.